GEORGE H. PASSEY, Respondent, *v.* HORACE CRAIGHEAD, Appellant.

*Passey* v. *Craighead*, 89 Hun, 76, affirmed.
(Submitted March 14, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered

August 3; 1895, affirming a judgment of the County Court of Westchester county in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*William A. Boyd* for appellant.

*Frederick W. Sherman* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.